Motion GRANTED.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:12-00111 |
| v. ) | |
| ) | Judge Trauger |
| GARY M. COOP ) | |

**MOTION FOR EXTENSION OF TIME**

The United States, through Acting United States Attorney David Rivera, and Assistant United States Attorney Brent A. Hannafan, hereby requests additional time to file a response to defendant's motion to dismiss and memorandum in support thereof. (Docket Nos. 18 and 19).

The undersigned was in a jury trial before Judge Campbell from August 27 through September 10, 2013. The motion to dismiss and memorandum were filed at the end of the day on August 30, 2013. Due to the undersigned being in trial until September 10, and for the reasons described below, the United States respectfully requests an extension of time to file its response.

As noted in prior pleadings, the defendant pleaded guilty to a steroid charge in the Northern District of Mississippi. The parties have discussed a resolution of this case, including one in which this Court would not have to rule on the now pending motion to dismiss. As stated in the "NOTE TO THE COURT" below the Certificate of Service at the end of the motion, if this Court were to deny the motion, it is anticipated that the defendant would not proceed to trial in this case.

Additionally, the defendant has not yet filed a motion to continue the October 1, 2013 trial date, but the undersigned has discussed this situation with defendant's attorney, Richard Tennent, who has graciously agreed to file a motion to continue the trial date and has no objection to the

1