UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
| | ) | | |
| | ) | No. | 3:12-00111 |
| v. | ) | | |
| | ) | Judge Trauger | |
| GARY M. COOP | ) | | |

**Motion GRANTED for extension to 11/19/13.**

**SECOND MOTION FOR EXTENSION OF TIME**

The United States, through Acting United States Attorney David Rivera, and Assistant United States Attorney Brent A. Hannafan, hereby requests additional time to file a response to defendant's motion to dismiss and memorandum in support thereof. (Docket Nos. 18 and 19).

The United States previously requested additional time to file a response to the defendant's motion to dismiss, until October 15, 2013. (Docket No. 23). This Court granted that motion. (Docket No. 24). The defendant thereafter filed a motion to continue the trial and to extend the pre-trial deadlines. (Docket No. 25). This Court granted that motion as well and continued the trial date until February 11, 2014. (Docket Nos. 26 and 27).

As described in prior pleadings in this case, the United States needs to resolve the issue of whether it can still proceed with the charge in this case pursuant to the Department of Justice's "Petite Policy." Due to his caseload, the undersigned has not yet resolved that issue and needs additional time to do so. The undersigned has spoken with defendant's attorney, Richard Tennent, who has stated he has no objection to a further extension of time of 28 days to respond to the motion to dismiss. The undersigned apologizes to this Court for not filing a request for additional time to respond prior to the previously set deadline of October 15, 2013.

WHEREFORE, the United States respectfully requests this Court grant the United States

1