UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**Motion GRANTED.**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:12-00111 |
| v. | ) | |
| | ) | Judge Trauger |
| GARY COOP | ) | |

## MOTION TO DISMISS

The United States, through David Rivera, United States Attorney for the Middle District of Tennessee, and Brent A. Hannafan, Assistant United States Attorney, respectfully moves this Court to dismiss the indictment with prejudice.

The defendant was charged with and pleaded guilty to conspiring to possess and distribute anabolic steroids in the Northern District of Mississippi, the same offense he is charged with in this case. The defendant has been sentenced in the Mississippi case. In the interests of justice, the United States moves to dismiss the indictment in this case.

WHEREFORE, the United States respectfully requests this Court dismiss the indictment with prejudice.

Respectfully submitted,

DAVID RIVERA
United States Attorney


 s/ Brent A. Hannafan
Brent A. Hannafan
Assistant United States Attorney
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203-3870
Telephone: (615) 736-5151

1